# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIRRELL PERRY THOMAS,

    Defendant.

_____/

No. 1:17-CR-176-PLM-02

Hon. Paul L. Maloney
United States District Judge

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

The United States of America, by and through its attorneys, Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Kate Zell, Assistant United States Attorney, hereby moves this Court to direct the Clerk of the Court to change the filing status of Government's Exhibit 2 to the Government's Sentencing Memorandum to "**Restricted**" status and that the document be available to the Court and attorneys of record for this matter (R.537-2; PageID.2946-2955). In short, the attachment contains personal data and identifiers, which should not be of public record. A proposed order accompanies this motion.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: April 20, 2018

*/s/ Kate Zell*
KATE ZELL
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404