**United States District Court for the** Western

**District of** Michigan

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                                    Case No. 1:17-cr-176-02

TIRRELL PERRY THOMAS,

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Tirrell Perry Thomas,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the final judgment
*The final judgment, from an order describing it*

entered in this action on the  21st  day of  May , 2018 .

(s) Helen C. Nieuwenhuis

Address: Federal Public Defenders

50 Louis NW, Suite 300

Grand Rapids, Michigan  49503

Attorney for Tirrell Perry Thomas

**Note to inmate filers:**  If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✓
     Court of Appeals  ✓

6CA-3
11/16